# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

TROUTMAN SANDERS BUILDING
1001 HAXALL POINT
RICHMOND, VIRGINIA 23219
www.troutmansanders.com
TELEPHONE: 804-697-1200
FACSIMILE: 804-697-1339

MAILING ADDRESS
P.O. BOX 1122
RICHMOND, VIRGINIA 23218-1122

Anthony F. Troy
tony.troy@troutmansanders.com

Direct Dial: 804-697-1318
Direct Fax: 804-698-5162

April 24, 2008

The Honorable Robert W. Pratt
Chief Judge, United States District Court
Southern District of Iowa
123 E. Walnut St., Room 300
Des Moines, IA 50306-9344

> Re: *In the Matter of Americans United for Separation of Church and State, et al. v. Prison Fellowship Ministries, et al.* - No. 4:03-cv-90074 (Lead Case)

Dear Chief Judge Pratt:

On April 21st we were advised that Plaintiffs' two page letter, due today (from all parties) will be accompanied by a Motion for Leave to File Evidentiary Materials totaling approximately 50 or more pages. In asking for our consent to this filing, Plaintiffs, to preserve some type of tactical advantage, refused any detailed elaboration.

Since (1) the documents were not provided to us and their contents are unknown, (2) their purpose or necessity was not explained, and (3) they are beyond the Court's instructions for a two page letter, Defendants stated that they would not concur in such Motion. The submission of 50 or more pages of documents is plainly excessive and unnecessarily burdens and distracts the Court and Defendants from the focus of the narrow legal issue of the status of the injunction, now that the IFI program is no longer in Iowa and the required monies have been paid back to the State.

To avoid any unfair advantages, Counsel for both the State of Iowa and IFI, *et al.*, would request that the Court not consider, or rely in any manner, upon the documents submitted. Proceeding in this manner would allow the focus to remain on the sole legal issue and would avoid and cure the prejudice caused by Plaintiffs eleventh hour Motion of unknown and voluminous "evidentiary material".

Sincerely,

Anthony F. Troy
(on behalf of all Defendants)

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

The Honorable Robert W. Pratt
April 24, 2008
Page 2

cc:	Prison Fellowship Ministries, Inc.
	InnerChange Freedom Initiative, Inc.
	H. Loraine Wallace, Esquire
	Gordon E. Allen, Esquire
	Ashley L. Taylor, Jr., Esquire
	Michael E. Lacy, Esquire.
	Eric Rassbach, Esquire
	Alex Luchenitser, Esquire

1723473v1